UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:00-CR-00066-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ERIC TERYLL ARTICE | ) | |
| | ) | |

This matter is before the court on defendant's letter dated 1 February 2014 to U.S. District Judge David C. Norton, which was forwarded to the undersigned. (DE # 75.) Defendant appears to request that the detainer lodged against him be "removed" and "resolved." Apparently, a detainer has been lodged with the South Carolina Department of Corrections (where defendant is currently in custody) based on the issuance of this court's warrant for defendant's arrest for violating the conditions of his supervision. Neither the Sixth Amendment right to speedy trial nor the Speedy Trial Act extends to supervised release revocation proceedings. United States v. Soles, 336 F. App'x 287, 289-90 (4th Cir. 2009) (per curiam). Furthermore, the Interstate Agreement on Detainers Act ("IADA"), 18 U.S.C. Appx. 2 § 2, Art. III(a), does not apply to supervised release revocation detainers. See Carchman v. Nash, 473 U.S. 716, 726 (1985) ("A probation-violation charge, which does not accuse an individual with having committed a criminal offense in the sense of initiating a prosecution, thus does not come within the terms of Art. III [of the IADA]."). Therefore, to the extent this letter could be deemed

a motion, it is DENIED.

This 1 April 2014.

_____
W. Earl Britt
Senior U.S. District Judge